

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-10212 |
| Plaintiff-Appellee, | D.C. No. 2:16-cr-00002-DGC-1 |
| v. | |
| CESAR HUMBERTO ANGULO-FELIX, a.k.a. Cesar Angulo, a.k.a. Ceasar Humberto Angulo-Felix, a.k.a. Cesar H. Angulo-Felix, a.k.a. Ceasar Humberto Angulo-Feliz, a.k.a. Geronimo Arrielo Lopez, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David G. Campbell, District Judge, Presiding

Submitted April 7, 2017[**]

Before: HUG, FARRIS, and CANBY, Circuit Judges.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Cesar Humberto Angulo-Felix appeals from the district court's judgment and challenges his guilty-plea conviction and 63-month sentence for re-entry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Angulo-Felix's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel. We have provided Angulo-Felix the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Angulo-Felix waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED**.